UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>SENOGOR, et al.,<br><br>    Defendants. | No. 2:17-cv-1422 KJM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed August 11, 2020, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 20. The settlement conference took place on February 22, 2021, and the case did not settle. ECF No. 35.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action, commencing August 11, 2020, ECF No. 20, is LIFTED.

2. Within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: March 1, 2021

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE