UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>      Plaintiff,<br><br>   v.<br><br>SENOGOR, et al.,<br><br>      Defendants. | No. 2:17-cv-1422 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 41. Defendants have filed objections to the findings and recommendations. ECF No. 42.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 27, 2021, ECF No. 41, are adopted in full;

2. Defendants' motion to dismiss the first amended complaint, ECF No. 37, is denied; and

3. This matter is referred back to the assigned magistrate judge.

DATED: January 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2