UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>SENOGOR, et al.,<br><br>    Defendants. | No. 2:17-cv-1422 KJM AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By findings and recommendations filed October 27, 2021, the undersigned recommended that defendant's motion to dismiss be denied. ECF No. 41. The findings and recommendations have now been adopted in full. ECF No. 46.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, defendant shall file an answer to the first amended complaint.

DATED: January 18, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE