UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>SENOGOR, et al.,<br><br>    Defendants. | No. 2:17-cv-01422 KJM AC P<br><br><br>ORDER |

Defendants have filed a motion seeking to re-open discovery and extend the dispositive motions deadline. ECF No. 53.

By order filed February 9, 2023, the court set a schedule for the completion of discovery and filing of dispositive motions. ECF No. 49. Written discovery requests were to be served no later than April 3, 2023, and discovery closed on June 2, 2023. Id. at 5. Dispositive motions were due by August 25, 2023. Id. at 6. On August 24, 2023, defendants filed a motion to re-open discovery for the purpose or re-serving written discovery requests on plaintiff. ECF No. 53. Defendants assert that they served written discovery on April 3, 2023, but only recently discovered that plaintiff had not responded to the request. Id. at 2-3. They request that the dispositive motions deadline also be extended to accommodate the re-opening of discovery. Id. at 3.

////

Federal Rule of Civil Procedure 6(b) provides that the court may extend time "on motion made after the time has expired if the party failed to act because of excusable neglect." Although defendants state that their oversight was inadvertent, they offer no details or further explanation that would establish excusable neglect, and it would be entirely appropriate to deny the motion on that ground. However, because written discovery may assist in narrowing the issues for trial, and given the overwhelming caseload under which this court labors, the interest of judicial economy favors granting the request. In granting defendants' request, the court is mindful that plaintiff's request to re-open the time for serving written discovery was previously denied due to his failure to establish excusable neglect, and therefore plaintiff shall also be given another opportunity to serve written discovery.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 53) is GRANTED.

2. Discovery is re-opened for the purpose of allowing the parties to complete written discovery.

3. The parties shall have until **September 29, 2023**, to serve any requests for discovery pursuant to Federal Rules of Civil Procedure 31 (deposition by written question), 33 (interrogatories), 34 (production of documents), or 36 (admissions). Responses are due forty-five days after the request is served.

4. Any motions necessary to compel discovery shall be filed by **December 8, 2023**.

5. Dispositive motions shall be filed by **February 6, 2024**.

DATED: September 12, 2023.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE