UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>           Plaintiff,<br><br>      v.<br><br>SENOGOR, et al.,<br><br>           Defendants. | No.  2:17-cv-1422 KJM AC P<br><br><br>ORDER |

The deadline for filing dispositive motions expired on February 6, 2024 (see ECF No. 54), and neither party has filed a motion for summary judgment.  This case is now ready to proceed to trial.  However, the court has determined that this case would benefit from a settlement conference.  Under Local Rule 270(b), because the undersigned is not the trial judge, the undersigned may conduct the settlement conference, "except that, at the time the settlement conference is scheduled or as otherwise ordered by the Court, any party may request that the conference not be conducted by the assigned Magistrate Judge."  The parties will therefore be given an opportunity to request that another magistrate judge conduct the settlement conference.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, any party may request that the settlement conference be conducted by a magistrate judge

////

////

1

other than the undersigned.  If no party requests a different magistrate judge, a settlement conference will be scheduled before the undersigned.

DATED: February 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE