UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SENOGOR, et al.,<br><br>　　　　　Defendants. | No.  2:17-cv-1422 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a document titled "Plaintiff's Response to Motion for Summary Judgment" in which he asserts that defendants have failed to meet their burden of showing there is no dispute of material fact. ECF No. 58.  The document was mailed to the court on March 11, 2024.  Id. at 48.

　　　　The deadline for filing motions for summary judgment was February 6, 2024, ECF No. 54, and no such motions were filed by either party.  As a result, there is no motion for plaintiff to respond to.  To the extent the response was intended as a motion for summary judgment in plaintiff's favor, it is untimely, offers no explanation for the untimeliness, and is not accompanied by a motion for leave to untimely file.

////

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2   STRIKE plaintiff's response to motion for summary judgment (ECF No. 58) from the record.
3   DATED: April 1, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE