**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

MARK A. JONES,                                    No. 2:17-cv-1422 KJM AC P
                    Plaintiff,

          v.                                      **ORDER & WRIT OF HABEAS CORPUS
                                                  AD TESTIFICANDUM**

SENOGOR, et al.
                    Defendants.

_____/

          Mark A. Jones, inmate no. C-12452, a necessary and material participant in proceedings
in this case on August 8, 2024, is confined in California State Prison, Los Angeles County, in the
custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of
Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before
the Honorable Allison Claire, to appear by Zoom video conference from his place of
confinement, on August 8, 2024, at 9:00 a.m.

                    Accordingly, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
    commanding the custodian to produce the inmate named above, by Zoom video
    conference, to participate in court proceedings at the time and place above, until
    completion or as ordered by the court.  Zoom video conference connection information
    will be supplied via separate email;

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is
    ordered to provide the new custodian with a copy of this writ;

3.  The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation
    Office at California State Prison, Los Angeles County at (661)729-6994 or via email; and

4.  Any difficulties connecting to the Zoom video conference shall immediately be reported
    to Jonathan Anderson, Courtroom Deputy, at janderson@caed.uscourts.gov.

          **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, California State Prison, Los Angeles County, P.O. Box 8457, Lancaster,
California 93539:**

**WE COMMAND** you to produce the inmate named above to testify at the time and place above,
by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate
and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 20, 2024

                                        _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE