1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SENOGOR, et al.,<br><br>　　　　　Defendants. | No.  2:17-cv-1422 DC AC P<br><br><br><u>ORDER TO SHOW CAUSE</u> |

　　　　Plaintiff is a former state prisoner proceeding pro se.  By order filed August 12, 2024, the undersigned set a schedule for the submission of pretrial statements.  ECF No. 65.  Plaintiff's pretrial statement was due by January 22, 2025.  <u>Id.</u> at 5.  In setting the schedule for pretrial statements, the court advised the parties that "failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action."  <u>Id.</u>  Plaintiff has not filed his pretrial statement and will therefore be required to show cause why this action should not be dismissed for failure to prosecute.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Within twenty-one days of the service of this order, plaintiff shall show cause why this case should not be dismissed for failure to prosecute.  Filing of a pretrial statement will discharge the order to show cause.

　　　　2.  Defendants' February 5, 2025 deadline to file their pretrial statement and the February

1

1  12, 2025 pretrial conference are VACATED and will be re-set, as needed upon plaintiff's
2  response.
3     3.  Defendants' motion for an extension of time (ECF No. 69) is DENIED as moot.
4  DATED: January 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE