Mark A Jones
502 Leo Dr
Santa Rosa, Ca.
95401



FILED

FEB 24 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

United States District Court
For The Eastern District of California

Mark Anthony Jones,
                Plaintiff
V.
Senogor, et al., Defendants

No 2:17-CV-1422 DC.ACP

Per Court order To Show Cause.

Plaintiff Mark A Jones Contents that "He has been in and out, of the Hospital every since he has Paroled on August
Plaintiff Mark A Jones, Has undergone three Heart Procedure's along with not being able to Walk or Stand on My feet for no longer than five or ten minutes.

Dated 2-18-

Mark A Jones

Plaintiff has never miss a Court order to show cause, or not answers anything the court asked him to do.

So I ask this Court for time to find an advocant for appointment of Counsel under 28 U.S.C § 1915(d) are addressed to the sound discretion of the court.

Plaintiff Mark A Jones, Declare under the penalty that He has unable to answer any Court orders because of his health and not being able to walk or stand on his foot without pain.

See Attach last Hospital discharge papes. In which i declare under penalty of perjury under the Law of the United States of America that the foregoing is true and correct.

Executed on                    Mark A Jones

**AFFIDAVIT**

My name is Christine Jones, I am the wife of Mark A. Jones a plaintiff in U.S.D.C. Eastern District OF California case number 2:17-cv-1422 DC, AC P case caption Mark A. Jones vs. Senegor.

My husband Mr. Jones has been very sick, with pneumonia, a mild heart attack, shortness of breath and many other symptoms.

I had to bring him to my home in early December 2024 where he is recuperating slowly at the beginning he could hardly walk back and forth to bathroom because he was so weak. The doctors say that only 25 percent of blood is flowing to his heart. He has been restricted to chair and bed the last couple of weeks.

I have started him exercising his legs and walking with him short distanced around .y apartment complex. He is gaining strength back in his legs and getting around much better. I say all the above as Mark petitioned court to extend time on above captioned case. I am a witness to the fact that he needed an extension of time to get paperwork in he was unable to get around and weak.

I Christine Jones declares under penalty of perjury that the foregoing is true.

Signed: *Christine Jones*
Date: 2/18/25

**Sutter Health**

1/31/2025

RE: Your hospital discharge on 01/15/2025

Dear MARK JONES,

Our records show that you were recently a patient at Sutter Santa Rosa Regional Hospital and discharged on the date listed above. Because you had a recent hospital stay, we are asking for your help.

The enclosed survey is part of an effort to understand how patients view their hospital care. The survey is sponsored by the United States Department of Health and Human Services and the survey should take about 11 minutes to complete.

Your participation is voluntary and your answers will be kept private. Your responses will help improve the quality of hospital care and help other people make more informed choices about their care. You can see current survey results and find hospital ratings on Care Compare on Medicare.gov (www.medicare.gov/care-compare).

After you have completed the survey, please return it in the pre-paid envelope. If you have any questions about the enclosed survey, please call this toll-free number: 1-877-842-2477.

We greatly appreciate your help in improving hospital care.

Sincerely,

Warner Thomas
Sutter Health
President and CEO



Nota: Si desea recibir una copia de la encuesta en español, llame gratis al 1-877-842-2477 de lunes a viernes entre las 8 a.m. y 6 p.m. EST.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0981 (Expires November 30, 2027). The time required to complete this information collected is estimated to average 8 minutes for questions 1-32 on the survey, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: Centers for Medicare & Medicaid Services, 7500 Security Boulevard, C1-25-05, Baltimore, MD 21244-1850.

031-07007-2709-01

# Proof of Service

I Christine Jones declare under Penalty of perjury that I am not a party to this action.

I dropped enclosed documents in a U.S.P.S. receptacle in Santa Rosa Ca. 95402.

Copy also sent to:
Rob Bonta, State Bar No. 202668
Attorney General of California
1300 I street, Suite 125
P.O. Box 944255
Sacramento CA 94244-2550

United States Courts
Office of the Clerk
USDC 501 1st St. 4-200
Sacramento Ca. 95814-4-2322

Signed: Chr Jones
Dated: 2/21/25