UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>              Plaintiff,<br><br>      v.<br><br>SENOGOR, et al.,<br><br>              Defendants. | No.  2:17-cv-1422 DC AC P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se.  By order filed January 30, 2025, plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute after he failed to file his pretrial statement.  ECF No. 70.  Plaintiff has now responded to the order, stating that he missed his deadline because he has been in poor health and in and out of the hospital since his release from prison.  ECF No. 71.  He also requests appointment of counsel.  Id.

The court finds plaintiff's explanation sufficient to discharge the order to show cause and that the appointment of counsel for plaintiff is warranted.  Glenn M. Katon has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.  Once counsel has appeared on plaintiff's behalf, the parties will be required to confer and submit a joint status report.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 70) is DISCHARGED;

2. Glenn M. Katon is appointed as plaintiff's counsel in the above titled matter;

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment;

4. The Clerk of the Court is directed to serve a copy of this order on Glenn M. Katon, Katon Law, 385 Grand Ave., Suite 200, Oakland, CA 94610;

5. Counsel for plaintiff shall file a notice of appearance as soon as practicable; and

6. Within twenty-one days of counsel's appearance, the parties shall file a joint status report proposing a deadline for submission of a joint pretrial statement.

DATED: March 18, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE