Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MARK A. JONES,<br><br>  Plaintiff,<br><br>  vs.<br><br>SENOGOR, et al.,<br><br>  Defendants. | Case No.: 2:17-cv-01422-DC-AC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Glenn Katon appears as counsel of record for Plaintiff MARK A. JONES in this case, pursuant to this Court's March 18, 2025 Order (ECF 72). Plaintiff Jones is no longer proceeding pro se.

Dated: March 18, 2025               Respectfully Submitted,

                                    KATON.LAW

                                    */s/ Glenn Katon*
                                    GLENN KATON

                                    Attorney for Plaintiff