Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

MARK A. JONES,

        Plaintiff,

    vs.

SENOGOR, et al.,

        Defendants.

Case No.: 2:17-cv-1422 DC AC P

**STIPULATED [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT**

    The parties submit this Stipulated Proposed Order to Extend Time to Submit Joint Status Report, based upon the following:

    1.    By its March 18, 2025 Order (ECF 72), the Court required the parties to submit a Joint Status Report by April 9, 2025. Counsel Glenn Katon, appointed by the Court to represent Mr. Jones by that same order, has been unable to confer with him.

    2.    In addition to the Court serving Plaintiff Jones with its March 18, 2025 Order (ECF 72), counsel sent him a letter by Priority Mail through the U.S. Postal Service. The letter included counsel's telephone number, mailing address, and email address, and asked Mr. Jones to contact him.

3. Counsel sent the letter to the address listed on Mr. Jones' filing at ECF 71. The U.S. Postal Service indicates that the letter was delivered to the mailbox at that address on March 22, 2025.

4. Counsel has not heard from Mr. Jones.

5. Counsel has retained an investigator from Mercury Investigations to see if Mr. Jones is residing at the same address. The investigator has not yet determined whether Mr. Jones still lives there.

6. Counsel requests an additional 30 days to locate and confer with Mr. Jones, such that the Joint Status Report would be due May 9, 2025.

7. Defendants join in this request.

Respectfully Submitted,

/s/ Glenn Katon                              /s/ Sean W. Lodholz
GLENN KATON                            SEAN W. LODHOLZ

Attorney for Plaintiff                       Attorney for Defendants Pruitt and Veater


The Court accept the parties' stipulation and orders that they submit a Joint Status Report no later than May 9, 2025.

IT IS SO ORDERED.

DATED: April 7, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE