```
Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MARK A. JONES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SENOGOR, et al.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-1422 DC AC P<br><br>**SECOND STIPULATED [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT** |

　　The parties submit this Second Stipulated Proposed Order to Extend Time to Submit Joint Status Report, based upon the following:

　　1.　By its March 18, 2025 Order (ECF 72), the Court required the parties to submit a Joint Status Report by April 9, 2025. The Court appointed counsel Glenn Katon to represent Mr. Jones by that same order.

　　2.　The parties filed a Stipulated Proposed Order to Extend Time to Submit Joint Status Report, asking the Court to allow them until May 9, 2025, to file the Joint Status Report, based upon counsel Katon's unsuccessful efforts to locate Mr. Jones and confer about representing him in his case. By its April 8, 2025 Order (ECF 75), the Court granted that extension.

3. Counsel Katon has continued to work with a private investigator to locate Mr. Jones, which has been particularly challenging because his name is so common. Katon Decl. ¶ 1. He has had an investigator visit one location believed to be Mr. Jones' residence but was not, has sent letters to two locations by delivery confirmation that were unsuccessful in obtaining a response, and called a person who may be Mr. Jones' wife but could not get through. *Id*. ¶¶ 2-5. The investigator has recommended one more address she will have someone visit, which counsel Katon has authorized her to do. *Id*. ¶ 6.

4. Because Mr. Jones' last filing with the Court indicated he was having serious health problems (ECF 71), counsel Katon is concerned that he may be incapacitated and unable to update the Court with his address.

5. Based upon the foregoing, Counsel Katon requests an additional 30 days to locate and confer with Mr. Jones, such that the Joint Status Report would be due June 9, 2025.

6. Defendants join in this request.

Respectfully Submitted,

| | |
|---|---|
| */s/ Glenn Katon* | */s/ Sean W. Lodholz* |
| GLENN KATON | SEAN W. LODHOLZ |
| Attorney for Plaintiff | Attorney for Defendants Pruitt and Veater |

### DECLARATION OF GLENN KATON

1. I have continued to work with Anne Vode, a licensed private investigator, to locate plaintiff Mark A. Jones, which has been particularly challenging because his name is so common.

2. Ms. Vode has produced several reports generated from databases used to locate people.

3. Ms. Vode had another investigator visit one location believed to be Mr. Jones' residence but was not.

4. I have sent letters to two locations by delivery confirmation to addresses identified by Ms. Vode as possible addresses for Mr. Jones that were both unsuccessful in obtaining a response.

5. I also called a telephone number associated with a person who may be Mr. Jones' wife but could not get through.

6. The investigator has recommended one more address she will have someone visit, which I have authorized her to do.

7. I can provide the court in camera or under seal with documentation of my investigator's and my efforts to locate Mr. Jones, to avoid filing records of Mr. Jones personal identifying information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2025.

/s/ Glenn Katon
GLENN KATON

## ORDER

The Court accepts the parties' second stipulation and orders that they submit a Joint Status Report no later than June 9, 2025.

IT IS SO ORDERED.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE