UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>SENOGOR, et al.,<br><br>        Defendants. | No. 2:17-cv-1422 DC AC P<br><br>ORDER |

Plaintiff is a former state prisoner proceeding with this civil rights action pursuant to 42 U.S.C. § 1983. By order filed March 18, 2025, attorney Glenn M. Katon was appointed to represent plaintiff. ECF No. 72. Mr. Katon has now moved to withdraw as counsel. ECF No. 84.

A closed hearing on this matter will take place before the undersigned on November 5, 2025, at 10:00 a.m. ECF No. 89. The hearing will be conducted via Zoom. Because this matter deals with representation of counsel and defendants have no standing on the matter, defendants shall not respond to the motion or appear at the hearing. It is unnecessary for plaintiff or plaintiff's counsel to provide further briefing prior to the hearing.

Plaintiff is advised that he is required to appear at the hearing. Because plaintiff does not appear to have an email address on record, plaintiff must contact the court to provide an email address at which Zoom log in information for the hearing can be sent. If plaintiff would prefer to

1  appear at the hearing in person at the Sacramento courthouse, he must notify the court of his
2  preference at least two weeks prior to the hearing.  Failure to attend the hearing, either in person
3  or by Zoom, will result in a recommendation that this action be dismissed for failure to prosecute.
4      In accordance with the above, IT IS HEREBY ORDERED that:
5      1.  The motion to withdraw from representation is set for closed hearing before the
6  undersigned on November 5, 2025, at 10:00 a.m., via Zoom.
7      2.  At least two weeks prior to the hearing date, plaintiff must contact the undersigned's
8  courtroom deputy, Jonathan Anderson, by email at janderson@caed.uscourts.gov or by phone at
9  (916) 930-4199 to either (1) provide an email address to which the Zoom log in information can
10 be sent or (2) notify the court that he would prefer to attend the hearing in person at the
11 Sacramento courthouse.
12     3.  Plaintiff's failure to attend the hearing will result in a recommendation that this action
13 be dismissed for failure to prosecute and failure to comply with a court order.
14     4.  The Clerk of the Court is directed to serve plaintiff with a copy of this order at 502
15 Leo Dr., Santa Rosa, CA 95401.
16 DATED: September 24, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE