UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>       Plaintiff,<br><br>   v.<br><br>SENOGOR, et al.,<br><br>       Defendants. | No.  2:17-cv-1422 DC AC P<br><br>ORDER TO SHOW CAUSE |

   Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed September 24, 2025, plaintiff was ordered to appear at the November 5, 2025 hearing on his former counsel's motion to withdraw as counsel and was cautioned that failure to appear would result in a recommendation that this action be dismissed for failure to prosecute.  ECF No. 90.  Plaintiff was further directed to contact the undersigned's courtroom deputy to either provide an email address or request an in-person hearing.  Id.  Plaintiff failed to contact the court and did not appear at the hearing.  Having initiated this lawsuit, plaintiff has an obligation to pursue it diligently and this case cannot move forward without plaintiff's participation.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days, plaintiff must show cause in writing why this case should not be dismissed for failure to prosecute. Failure to respond will result in a recommendation that this action be dismissed without further warning.

DATED: November 5, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE